UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE McMULLEN, a single person,<br><br>           Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, QUALITY LOAN SERVICES CORPORATION and PRIORITY POSTING AND PUBLISHING, INC.,<br><br>           Defendants. | NO. CV-13-087-RHW<br><br>**ORDER DISMISSING ACTION** |

      On November 20, 2013, the Court granted Defendant's Motion to Dismiss and gave Defendant leave to file an Amended Complaint within thirty days or face dismissal of the action. ECF No. 16. The deadline for filing an Amended Complaint has expired.

      Accordingly, **IT IS HEREBY ORDERED**:

    1.    The above-captioned action is **dismissed**. The District Court Executive is directed to close the file.

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel and Plaintiff, and close the file.

    **DATED** this 13th day of January, 2014.

                        *s/Robert H. Whaley*
                        ROBERT H. WHALEY
                     United States District Court

Q:\RHW\aCIVIL\2013\McMullen\dismissandclose.wpd

**ORDER DISMISSING ACTION ~ 1**